COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-290-CV

BARTON RUSS APPELLANT AND APPELLEE

V.

UPSHAW INSURANCE AGENCY, INC. APPELLEE AND APPELLANT

----------

FROM THE 211TH
 DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Joint Motion To Dismiss With Prejudice.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM 

PANEL D: GARDNER, WALKER, and MCCOY, JJ.

         DELIVERED: DECEMBER 9, 2004  

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.